UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH POLICARPIO,<br><br>        Plaintiff,<br><br>  v.<br><br>ALCON LABORATORIES, INC.,<br><br>        Defendant. | Case No. 3:17-cv-00318-JD<br><br>**ORDER TO SHOW CAUSE** |

At 10:00 a.m. on Thursday, April 27, 2017, the Court called this case for an initial case management conference. Counsel for plaintiff did not appear.

Counsel did not ask to change the hearing date or advise the Court that he would not be present. The failure to appear is unexcused and violates the Local Rules and the Court's standing order for civil cases.

Plaintiff's counsel is ordered to show cause in writing why sanctions should not be imposed. The written response is due by **May 30, 2017**. Further unexcused absences may result in dismissal of the case.

     **IT IS SO ORDERED.**

Dated: May 22, 2017

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California